UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 26 AM 11:27

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Cynthia Elaine JENSEN,<br><br>　　　　Defendant(s) | Magistrate Case No. '07 MJ 2965<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens |

The undersigned complainant, being duly sworn, states:

On or about **December 23, 2007**, within the Southern District of California, defendant **Cynthia Elaine JENSEN**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Marta RODRIGUEZ-Rodriguez, Luis CABRERA-Lopez,** and **Elbia LOPEZ-Saucedo** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26TH DAY OF **DECEMBER, 2007.**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Cynthia Elaine JENSEN

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Marta RODRIGUEZ-Rodriguez, Luis CABRERA-Lopez, and Elbia LOPEZ-Saucedo** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 23, 2007, at approximately 6:10 A.M., Border Patrol Agent J. Dittman was conducting his primary inspection duties at the State Route 94 United States Border Patrol Checkpoint located in Jamul, California. All lights and warning signs were fully functional and operational and Agent Dittman was in full Border Patrol uniform. At this time, a white Kia Sephia four door vehicle driven by, the person later identified as the defendant **Cynthia Elaine JENSEN** approached the primary position. As the vehicle approached the primary position, the driver appeared nervous, and avoided eye contact with Agent Dittman. Agent Dittman asked the driver, and only visible occupant of the vehicle, where she was going. She waited for a long time to answer. The defendant finally responded that she was taking her grandchildren shopping. There appeared to be no one else in the vehicle. Agent Dittman then asked the defendant to please state her citizenship. The defendant stated that she was a citizen of the United States. Agent Dittman asked the driver to pull her vehicle into the secondary inspection area. In the checkpoint secondary area, Border Patrol Agent L. Black requested permission from the defendant to open the trunk of the vehicle. The defendant consented and gave the keys to Agent Black. Agent Black opened the trunk and observed three individuals inside. Agent Black identified herself as a Border Patrol Agent and questioned the three individuals concerning their citizenship. All three individuals stated that they were citizens and nationals of Mexico illegally present in the United States without valid United States Immigration documents. All four individuals were brought into the State Route 94 Border Patrol Checkpoint for processing.

## DEFENDANT STATEMENT:

On December 23, 2007, at approximately 10:11 A.M., the defendant was advised of her Miranda Rights and indicated that she understood her rights and did not ask for an attorney before providing the Agents with a statement.

The defendant stated that the events that lead to her arrest began on the previous night (12/22/2007). The defendant stated that she was contacted by a man she named as Ezequiel, yesterday and offered some work. The defendant described this work as picking up some illegal aliens that need a ride. The defendant stated that she knew this was the type of work offered because she has done work before for this Ezequiel. The defendant stated that she was told to pick up a car at the Shell station at the intersection of E Street and I-805, in Chula Vista, early in the morning of December 23, 2007. The defendant stated that she was told the keys would be under the floor mat. The defendant stated that she spent the night in the vehicle because it was cold. The defendant stated that she left the Shell station at 4:00 A.M. on December 23, 2007 because she was supposed to pick up the illegal aliens at 5:00 A.M. at a location she had previously picked up illegal aliens from before. The defendant stated that she traveled to that location, popped the trunk open, and heard the foot guide putting people into the trunk. The defendant stated that she kept an eye out for on-coming traffic. The defendant stated that she turned around and traveled on Highway 94 until she was arrested at the Checkpoint. The defendant stated that she didn't travel east because she had been arrested at the old Highway checkpoint approximately five weeks earlier.

CONTINUATION OF COMPLAINT:
Cynthia Elaine JENSEN

She stated that the arrangements were for her to take the vehicle back to the Shell station at E Street and I-805 and leave the keys under the mat. The defendant stated that she was going to be paid $100.00 per person she successfully smuggled. The defendant stated that she would be paid by the person who introduced her to Ezequiel.

## MATERIAL WITNESSES STATEMENTS:

Material Witnesses Marta RODRIGUEZ-Rodriguez, Luis CABRERA-Lopez, and Elbia LOPEZ-Saucedo stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made in Mexico to be smuggled into the United States. All the material witnesses stated that they were to pay between $15,000.00 Mexican Pesos to $3,500.00 U.S. dollars to be smuggled to various parts of the United States. All the material witnesses stated that foot guides led them across the border. When shown a photographic lineup the three Material Witnesses were able to positively identify the defendant as the driver of the vehicle.

Executed on December 24, 2007, at 9:30 A.M.

_____
Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 23, 2007, in violation of Title 8, United States Code, Section 1324.

_____                    12/24/07 - 9:44AM
Leo S. Papas                                  Date/Time
United States Magistrate Judge